[No. 3274–4–III.  Division Three.  May 1, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. AUGUST
JOSEPH EISNER, *Appellant.*

Appeal from a judgment of the Superior Court for
Benton County, No. 78134, Fred R. Staples, J., entered
February 9, 1979. *Affirmed* by unpublished opinion per
Green, C.J., concurred in by Munson, J., Roe, J., dissenting.

[No. 6664–1–I.  Division One.  May 5, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
HENRY SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83582, Frank D. Howard, J., entered May 8,
1980. *Affirmed* by unpublished opinion per James, A.C.J.,
concurred in by Swanson and Andersen, JJ.

[No. 6860–1–I.  Division One.  May 5, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. MAURICE
HERMAN SAUVE, *Defendant,* WAYNE CURTIS
NORDSTROM, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86701, Robert W. Winsor, J., entered August
17, 1978. *Affirmed* by unpublished opinion per James,
A.C.J., concurred in by Swanson and Andersen, JJ.

[No. 6966–7–I.  Division One.  May 5, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. CURTIS
WAYNE RODGERS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86528, David C. Hunter, J., entered September
1, 1978. *Remanded with instructions* by unpublished opin-
ion per Callow, C.J., concurred in by Andersen and
Durham–Divelbiss, JJ.